The Honorable Danny C. Reeves
U.S. District Court
Eastern District of Kentucky (Lexington)

Honorable Judge Reeves,

I, Feltina Little, am aware that Mr. Alvin Givens faces criminal sentencing on July 17, 2015, before your court. The purpose of this letter is to serve as a character reference on behalf of Alvin, whom I have known personally for five years.

I've gotten to know Alvin well over the past five years and have live with him for the past 2 years. I believe it puts me in a good position to provide you with a rather unique, Alvin personal assessment of his character.

As a friend he is the best. He's of good moral character, honest, loyal, very spiritual and extremely considerate. Alvin is also a supportive person who has the ability to see and understand things from another person's perspective. Consequently, he has great empathy for others.

Alvin is, in short, a good person. He has always been kind and generous with others.

Alvin is also a great, direct communicator and knows how to raise and discuss common living issues and problems in a non-threatening manner.

Alvin is extremely loyal and dedicated to his family and spends most days at 59 Street Pentecostal Church of God. He has a strong sense of duty, which applies in his family, his church family and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

I cannot debate with you the legitimacy of the allegations that he is being charged with, I can only tell you that he is a good person, an intelligent and driven man, and by no means a danger to society. I pray that you will give heartfelt consideration in making that decision and that you will take into consideration all of the good that Alvin has accomplished in his life; as well as all that he can give back to society if given a second chance.

Summarily, I really cannot think of any consequence on a negative side of personality ledger when it comes to Mr. Givens. Overall, I would have to say that he is a fine, well- balanced man with an abundance of positive qualities. Additionally, he has a large and committed support system and if given leniency in this matter I am sure that he can emerge as an example of what others when given a second chance by court systems.

I respectfully ask you to take these words into consideration when sentencing him, I ask that your sentence be merciful and not punitive, and that you take into account all the people whose lives he has touched who will consequently miss him, and especially how his absence will affect the lives of his young child.

If you would like discuss Alvin's character further, please feel free to call me at (954) 851-5099.

Thank you in advance for your time and for your consideration.

Sincerely,

Feltina Little

14030 Biscayne BLVD Apt 711
North Miami Beach, FL 33181

The Honorable Judge
RE: Character Reference – Alvin Jason Givens

Relationship to inmate: Sibling, Sister 24 Years of age

Hello, my name is Virginia Givens. I am writing this letter on behalf of Alvin Jason Givens. I have known Alvin my entire life. I'm the perfect person that could give a reflection of him and speak on his behalf because he have played a major roll in my life as a father figure when my dad step down of his duty. Alvin Givens, is not what the people are betraying him to be . When I define alvin what comes to mind is hard worker , trustworthy, know The Lord, family Oriented, joy, Provider, Structure, Phonominal ,helping hand , Life of the party, Passionate. Alvin, was a great father figure in my life and played major rolls. He push me through college by given me the help that I needed far as encouraging me to study hard , made sure I concur and not give up and succeed and follow my dream. Alvin always had this saying " It's not where you come from it's where you going "and in the process he would remind me to continue to keep faith in The Lord and he will direct my path. Through my journey it was a rocky road! But he was always a phone call away to give great advice to direct me through my trouble times. In the process I became a champion from the advice he drilled in my head and my accomplishments that I gained besides the knowledge was two degrees in business Management and Medical Assistant. Alvin is part of me evolving into the women I am today. As a man figure in my life he sacrifice to that his family didn't have to suffer and go through what he and the rest of my siblings had to experience. I understand Alvin has made a mistake and he will be punish for his actions. If I can have a moment and reflect on his childhood you will have more clarity on why he made the choices he made to have a better life so that his family will not grow up in a violet community that I would describe as a jungle, living off welfare, losing my two older brothers to the struggle which was the only thing on earth he admired, Going to church on Friday's and Sunday's only to stay substaned and find inner peace. Coming from a trouble home when your mother was on drugs and father and losing my two older brothers left him to find his way on his own. To finalize this off we understand what he has done. But we as his family and human ask you to have consideration on him. Alvin, not a trouble maker and as for me I can't imagine life without him! Didn't even picture any holidays without him but this happened. He has a teenager daughter that he have to raise and give her the guidance that she will need to get through this world. We as a family believe in God and know that it's his will and he doesn't make any mistakes, but he will do things and put people through situation to get your attention. All I ask is you be mindful of my brother well being because he's not a criminal. Thank you in advance judge.

Sincerely,

Virginia Givens

# 59th Street Pentecostal Church of God

2295 N.W, 59th Street

Miami, Florida 33142

Phone: 305 633-6220 fax: 305 633-1112

Email: 59streetpcg@gmail.com

To whom this may concern,

As pastor of the 59th Street Pentecostal Church of God, I am privileged to write this letter on behalf of Mr. Alvin Givens. Alvin became a member of the church some years ago, and without reservation, began to assist in the ministry wherever he saw a need. As a member of the usher ministry, Alvin always greeted those that entered the sanctuary with a gracious smile. He served on several of the church's ministries, such as the youth, young men under construction, and the men of faith ministry. However, Alvin had a special love for the elderly, and always volunteered to assist them. Alvin is well loved and especially missed by all that attend the church, and thereby, we prayerfully await his return.

Finally, It is with a spirit of humility and somberness, that I solicit your consideration to all the above during this tenure in our lives, as we the members of 59th Street Pentecostal Church of God have all been affected by the existing circumstances.

Prayerfully submitted,

Lavern Thornton-Williamson, pastor

To:     Whom it may concern


This letter is to inform you of my acquaintance with Alvin Givens. I have known Alvin for approximately 10 years, and since we met he has always acted as an elder brother to me. Alvin is one that is affectionate to those that he befriends, and always helping in any way that he can. Alvin was a great asset in the church's youth ministry, inspiring other youth to become passionate about God and the church. I am saddened to see him in this predicament and it is my prayer every day that God's mercy will allow him to come home so that we can serve in the church together again.


Sister in Christ,

Ms. Garlysha Williamson

To whom it may concern,

This letter is on behalf of my friend and brother in Christ, Alvin Givens. I met Alvin while attending church, and from that time until now, I have found him to be nothing but that of a true friend and brother in Christ. Alvin has encouraged me in many ways. There were times when as a musician, I wanted to give up, but he would encourage me to stay focused, and most of all use my gift of music for God. It is because of those words of encouragement, I developed the desire to re-enroll in SAE University to expand my musical knowledge. I am also encouraged, that knowing his spiritual disposition will allow us to be back in fellowship again.



Mr. Garland M. Williamson

June 1, 2015

To whom this concerns,

I am writing to tell you of the many fine qualities of Mr. Alvin Givens, whom I have known for over four years in various capacities, including his participation as a dedicated Usher assisting s members and guests during their assigned worship services at the *59th Street Pentacostal Church of God* where I am also the presiding president of the Nurses Guild and we fellowship in ministry together.

I have had the chance and pleasure of getting to know Mr. Givens, and I say without a doubt that he is a person of very good moral character. Alvin operates with integrity, and never has a bad word to say about anyone. He is hard working and dedicated, never complaining about the work set before him, and leaving no task undone.

On a personal level, may I just say that I really like Alvin, and I have no doubts about his abilities to succeed in the future.


Thank you,

Esther Chappelle Fletcher

Alvaro Montano

10027 NW 6 Ave

Miami, FL 33150

June 1, 2015

To Whom It May Concern:

I am writing this letter in the hopes that it will help you to see what kind of person Alvin Givens is, despite the transgressions that led us all to this point.

I have known Alvin for over 10 years, and in that time I have seen many aspects of his personality. I have always found him to be extremely kind, dependable, and well regarded among his peers. I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

The transgression of the crime committed should not be the only factor you look at in this case. I hope you will also consider that Alvin has never been arrested in the past.

I beg the courts leniency when sentencing him because I can tell you without a doubt that Alvin is incredibly remorseful for what he has done. He has expressed this many times, and I believe it has been reflected in his efforts to make amends to the court. It was a mistake, and he deserves a second chance. I hope you will be willing to give him one.

Sincerely,

May 23, 2014

The Honorable Judge

RE: Character Reference – Alvin Jason Givens

I, Blandine Paul, am aware that Mr. Alvin Givens faces criminal sentencing on July 15, 2015, before your court. The purpose of this letter is to serve as a character reference on behalf of Alvin, whom I have known personally for over 20 years.

Alvin Jason Givens is a guy with great qualities. He is ambitious, hard working and a dedicated father. He is what should be defined as a great guy. I have known Alvin for over 20 years and his character still remains the same. His charismatic persona is addictive to everyone around him or in close proximity. During the years of our acquaintance, Alvin has overcome many obstacles that would have made the average person give up on any life goals and dreams. Alvin became an inspiration to fathers all around his community. His hard work and dedication paid off when he went into business for his self selling cars, from there he then went back to school to further his education. If there was anything that needed to be taken care of, whether it was a broken pipe or a sit down with one of the boys in the family, he was the guy to call. Alvin is very dependable person and friend. If there was anyone that was needed on a winning team Alvin would be that person.

Sincerely,

Blandine Paul

May 29, 2015

**Re: Character Reference**

Your Honour,

We are writing to you in reference to Alvin Jason Givens, who is involved in a case filed in your jurisdiction.

We have known Mr. Givens for 5 years. We were business neighbors in Opa-Locka, FL. He tuned performance street cars and we built race cars engines. With similar interest, we quickly went from neighbors to great friends. We believe we are in a position to speak to Mr. Givens' moral character and hope you will take this letter into consideration when making your decision.

Mr. Givens has always been kind and generous with others. He has a strong sense of duty, which he applies with his family, and community. He possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing. He has been there to help and support us on numerous occasions. Despite the unfortunate circumstances he currently finds himself in, he is well received in our community and has much support from his friends and family.

Mr. Givens has made mistakes, and is remorseful. We are confident that he has the determination to learn from this experience and continue to move in a positive direction in his life. We recognize the power you wield with regard to his future, and trust that a fair decision will be made to allow him to return to his family as soon as possible.

Thank you for your attention to this matter.

Sincerely,

*Oscar & Jennifer Rodriguez*

Oscar and Jennifer Rodriguez

Rudy Athouriste
Friend: 15yrs
Miami, Florida


RE: Character Reference – Alvin Jason Givens


    To whom it may concern, me and Alvin Givens have been friends for fifteen years. In those years I have acquired a brotherhood relationship. Alvin has always supported me in my endeavors and always encouraged me to be the best.  Over the years Alvin has always unselfishly help me though my darkest times, making sure we never lose sight of our faith in God. We always believed that the negative energy we received throughout our lives is a result of the abundance of blessings our God has giving us. We acknowledge the fact that some days and nights were out of our hands and the hands of God was put upon us as a protective shield. This shield of ours is always working hard due to the negativity trying to penetrate.

    I understand my brother Alvin is in a trying time and mentally he will overcome because of his strong faith in God. Alvin is a man who cares for others before himself. One who pays attention to his elders and spreads their wisdom to friends and family even strangers if he felt a positive message needed to be delivered through him. We understand this life on earth and respect our free country. This country has laws we have to honor although these laws are not built to understand ones character and perception, which can be unforgiving. Alvin is not a threat to society, but a bearer of goods news on how God would like us to walk this earth. Besides the obstacles that are out in front of him, there is a judicial judgment that will be made upon him. I am only writing this hoping someone reads it and receive my testimony of Alvin Givens with good intentions. He is a God fearing great man and father who compliments our society when it comes to being a minority and a civilized human being. We need guys like Alvin, so I'm praying his judgment is soft and swift. Thank for listening.

To whom it may concern:


From the very first day I met Alvin he was full of life. I felt as if I known him for more than 10 years. And it's only been about 4 years since we first met. Alvin immediately showed me kindness and his comedian side. He is defiantly one of the funniest people I have ever met. There is never a dull moment when Alvin is around if you didn't know him you would get to know him before the day was over. He loves to talk to everyone and make sure that the people around him are comfortable and enjoying their self. I would just go around him just to laugh and have fun. I can truly say he's all about living life to the fullest and enjoying it while you can. We as friends and family can defiantly feel the void since Alvin hasn't been around these past few months. Alvin's presence is missed daily.


Sincerely,

Myeisha Morrison

May 12, 2015

Reference: To the Character of
Mr. Alvin Givens

To whom it may concern,

I am writing on behalf of

Mr. Alvin Givens, whom I

have known for ten (10) years,

more or less.

From previous conversations

with him, he has stated, he

regrets any mistakes he has

made in his life. He mentioned

how his grandmother was a Godly

example and taught him Godly

principles from the Holy Bible.

Reference; To the character of
Mr. Alvin Givens                May 12, 2015

Somehow he strayed, but now

realizes his errors. I therefore

believe Alvin Givens has made

a complete change of heart, from

any of his past mistakes, and

desires to live right for Christ.

I have personally prayed and

advised him to live a righteous

Godly life.

I pray God have mercy and

continually show favour to Mr.

Alvin Givens, Thank you all for

this privilege to speak on his behalf.

Sincerely,

Mrs. Ruth H. Moorer
(Forever Life Fellowship, Inc.)

5/28/15

To Whom it may concern:

Alvin Given is a member of 59st
Pentecostal church of God, I'm one
of the Associate Ministers. Alvin
has attended his church faithfully
and also participated in different
activities. He also as shown nothing
but respect to everyone and we all
love him

_Keith_
Elder Keith Thornton

_John_
Missionary JoAnne Thornton

The Honorable Judge

RE: Character Reference – Alvin Jason Givens

Im writing this letter in Regards to my Friend Alvin Givens. Where do I start, I am writing this letter with a heavy heart. From the day I met Alvin 4 years ago he has been like a big brother to me.

The type of person you can call for advice, a helping hand and someone who would literally take the shirt off his back and give it to you if you if you need it.

I wish you could know him. I mean really know him outside of this situation and you would know what it means to have that type of friend whose bond could last a lifetime.

He is a good person. A GOD fearing man who is not faultless but tries his best to be a brother, comforter ,consoler, friend, counselor, sheppard(in church),caregiver and much much more.

Hoping that with this letter I've given him back just a little of what he has meant to me. God bless and have a wonderful day.

Sincerely,

Charmaine Chiverton

Attorneys

Re: Bro. Alvin Givens

Alvin is a member of the Pentecostal
Church of God, as a member I found
him to be a person that loves
serving the Lord, by servicing others,
very sweet spirit, loves working on the
usher board and helping and caring
for others, obeys his pastors as well
as others.

Thank You,

Annie J. Butts

Tuesday, June 02, 2015

To whom it may concern,

I am writing this letter on behalf of my friend Alvin Givens . I met Alvin about 5 years ago through a mutual friend and our personality instantly clicked.  So I do feel qualified to speak on his behalf in terms of his character. He has the most endearing qualities about him that made me always comfortable to be around him.

Throughout the time that I have known Alvin, I have formed a very positive relationship of him. About 2 years ago I lost my mother and the love, thoughtfulness, time on long calls and just that ear to lean on was priceless. He would pray with me and tell me everything was going to be ok. No matter what he had going on he made me a priority.

I love my friend Alvin and I respect him to the fullest. I felt very much honored to be asked to provide this character reference letter and hope that the information I provided helps you understand what an terrific individual he really is to me and his family

If I can be of further assistance, Please contact me by email at msbassate@gmail.com

Regards,

Michelle N Bassett

The Honorable Judge,

RE: Character Reference – Alvin Jason Givens

I am writing this letter to speak on behalf of my good friend Alvin Givens. I have known Alvin going on two years, we instantly clicked from the moment we were introduced. To get to know Alvin is to love him. He's a caring, generous, honest, and a genuine human being. The type of person that you are honored to call a friend. He is someone you can count on unconditionally. A person of high character who can admit when he has made a mistake and can learn and grow from it. I hope that I have shined a light on the great person Alvin Givens is and have made a difficult decision a little easier.

Sincerely,

Alex Acosta

June 1, 2015

The Honorable Danny C. Reeves
U.S. District Court
Eastern District of Kentucky (Lexington)

Honorable Judge Reeves,

I am writing on behalf of Alvin Jason Givens.  I have known Alvin for the past six years.  As such, this charge against him strikes me as a completely uncharacteristic aberration, and one which I believe he sincerely and completely regrets. Alvin is a standout. He is a loyal, honest, considerate and supportive individual who has the ability to see and understand things from another person's perspective. He is a great direct communicator and knows how to raise and discuss issues and problems in a non-threatening manner. He is a well rounded, clear-minded individual who regularly puts the needs of others before his own.  He has been the "rock" for his immediate family and friends. All in all, Alvin is a fine, well-balanced person with an abundance of positive qualities that merit a future outside the constraints of prison. I plead with you to continue to regard Alvin with favor in the quest to save and change his life.

I am proud to call him a friend and a part of my family.

Respectfully,

*Heather Rice*

Heather Rice

April 23, 2014

Judge Danny C. Reeves

RE: Character Reference – Alvin Jason Givens

I, Jasmine Martin is the step daughter of Alvin Givens. I have known Alvin for over five years. He has always been very supportive.  I admire his honesty, loyal, trustworthiness, integrity and stability. He is a wonderful father. He is very spiritual. I miss having Alvin home. He has missed two big events in my life. He missed my senior prom and my high graduation. Alvin is my best friend.

Sincerely,

Jasmine Martin

May 28, 2015

To whom it may concern, I've known Alvin Givens for 5 years now. He have been apart of my Chruch 59th Pentecostal chruch of God, I've known him to be a great individual young man. He's willing to help here at this chruch he was very well involve in the choir, usher board, and praise team.

With all do respect I ask that you read this letter and take it vintoe consideration.

Martha Shatury

To Whom It may concern,

Alvin Givens is a real stand up person,
he serve the lord, and also is apart of
our deacon Ministry, very trustworthy, and
Intelligent individual, A wonderful person
to talk to for advice... And well mannered...

Thank You

Sincerely, Jay B

State Attorney:

Re: Alvin Givens;

To Whom It May Concern:

It is with great honor that I met Alvin Givens quiet sometime back, I know him to be an upright person he is a member of the Pentecostal Church of God, a member of the usher Board, He has a very caring & Compassion spirit for others, always with a beautiful smile reaching out to help others, a great chef, concerns for the elderly- & Complete any task given to him by leadership.

Therefore I find it very hard to believe what this young man is being accused of to be true. This by no means is his character as I know him.

Yours In Christ
Eldress Mildred Coxey-

To whom it may concern,

My name is Minister Julian Chambers and on behalf of Alvin Givens, I stand as a character witness. Brother Givens is a sensational man, open and willing to help all individuals who are in need. From helping to clean up church grounds to praying for others, Brother Givens has always been there. He has continued to prove himself as an upstanding individual and a caring, compassionate person who is concerned with the well-being of all. His consistent acts of kindness has proven him to be a sincere worker within the church whom we all can count on.

By: Julian Chambers

Dear your honor my name is Causley Givens
Alvin Givens younger brother, our family been
going in in out with everything that done
happen and the past 10 months. Our grandmother
passing, mom going in inout the hospital
her health not getting any better. she all that
we have left it will mean abot if Alvin
came do his time in miami. We dan't have a
alot of money to treavel, it will be everything
if you can can keep Alvin close to your mom
I think it will help with her health very much


Thank You Sincerely:
Causley Antreall Givens

May 26, 2015

I have been knowing Mr. Alvin Givens for five years at the church where I attend (59th St Pentecostal Church of God).

Mr. Givens is a very loving and respectful young man. He has been such a positive role model and influence to our young men. In the short period of time I have known him for, he has grown on me and our church family. I am asking that you allow him a chance to change his life for the better.

Mother Sue and Sister Delancy


Mother Susan Frais
Sister B. Delancy

May 26, 2015

To whom it may concern,

It's a pleasure knowing Mr.Alvin Givens for five years. My first time meeting Mr.Givens was at church (59th St Church Of God) where I've been a member for fourteen years.

Mr.Givens is like a ray of sunlight peeping through your window early in the morning; whenever he enters a room he lights up the place with his electrifying voice. He will cheer you up; whether you are in the mood or not.

I am the youth president at 59th St Pentecostal Church Of God and I am requesting that you please reconsider confining Mr.Givens. He is an asset to our youth department;by singing in the choir, organizing youth programs and speaking wisdom to the young men at church. Yes, I know he made mistakes with some bad decisions but we learn from our mistakes in order to make a change. Moreover, I believe he did make that change when he became a part of our church family.

In conclusion, there were many prophets and teachers in the bible, who has gone through trying situations for others like us to live and learn after. We are here to learn and teach each other not to make the same mistakes he made. With that being said, again I am asking that you allow him to have another chance.


Stella Phillips

Pentecostal Church of God
2259 NW 59 St
Miami Fla
To Whome is Canrue     4 - 2 - 15

This letter is on the Behalf or Mr Aluin
Given he is a membly of Pentecostel
Church of God I no him he is ~~good~~
                                        Goodmon
he Very heelpfull in Chuch and
Deuty fall in thugs in the Church
Kind to people. And Frendly.
    This is from.   The Church mather
            Lula Trotter.
        Thank you all ubry much
    And God Bless

May 2015

To Whom This Consume

I am writing this letter On Mr Celisin
he a man with good mean a work in my
Church Very heal? 7 uffe and also a
meomble our Church' pentecostus Church
Of God. he is Sadly miss Very much

Thank You very much

Matha Lulu Trotter

June 1, 2015

Atty Dan Carman
271 West Short Dr. Suite 512
Lexington, Ky. 40507

Re: Alvin Givens
    Inmate # 217062

Dear Mr. Carman,

I, Annie Milbry and Hudson Milbry
(Husband) have known Alvin Givens
since he was nine years old. My
husband met Alvin on Career Day
at his elementary school. Hudson had
to speak to Alvin at school that
day in regards to his discipline. He
suggested to Alvin to come to our
restaurant each evening after school.
There was never a problem with him
attending school.

The first day Alvin met the family
he seemed to just love us. Alvin
reside in a mal-function family that
lived in a housing Project with his
grandmother and siblings. His grand-

To whom it may concern,

I've known Alvin Givens for many years. He is a very faithful member of 59th st Pentecostal Church of God. He works with the youth department and is a big help to our young men, also singing in the choir. He always asists the elderly when in need of help. He is much needed and missed.

Shepard Mother
Mildred Thornton

To Whom It May Concern,
I have known brother Alvin
Givens for the past 3 yrs.
as being a wonderful brother
in Christ on the other hand
very faithful, a great person
all around. I love him. He's
My brother in Christ.

Much love.

Sis Sandra
Copeland

To Whom It may Concern,

I am pleased, to take this time to speak in regards of Bro. Alvin Givens. We found him to be a trustworthy and faithful member of our Ministery. We Could always count on him. He is a member of the Usher board, and he's very Compassionate to the members of our ministry. Always ready to lend a helping hand when needed and we love him dearly.

Prayfully, Elder Steven Cerney

June 3,2015

The Honorable Danny C. Reeves
U.S. District Court
Eastern District of Kentucky (Lexington)

Honorable Judge Reeves,

Im writing this letter in Regards to my Friend Alvin Givens. Where do I start, I am writing this letter with a heavy heart. From the day I met Alvin 4 years ago he has been great friend to me.

The type of person you can call for advice, a helping hand and someone who would literally take the shirt off his back and give it to you if you if you need it.

I wish you could know him. I mean really know him outside of this situation and you would know what it means to have that type of friend whose bond could last a lifetime.

He is a good person. A GOD fearing man who is not faultless but tries his best to be a brother, comforter, consoler, friend, counselor, sheppard(in church),caregiver and much much more.

Hoping that with this letter I've given him back just a little of what he has ment to me. God bless and have a wonderful day.

Sincerely,

Shanieka Lammons

June 9, 2015

To Whom it May Concern:

I Terrence Isom am the cousin of Alvin Givens. The third child of six born to a single mom and raised by our grandmother in Scott Carver Projects was a challenge, in itself, but with much prayer he overcame. From his youth Alvin has always been a hard worker. From cutting lawns, to washing cars, or selling mangos, he found a way to help support himself at a young age. As a teenager he began working at Shakers Coach House with his mentor/Godmother Mrs. Annie Mulbery who has been very instrumental in his life. He has also worked for as a carpenter-apprentice learning the trade as a home builder. Somewhere along the way Alvin drifted astray and here we are today. I am confident that he's contrite and has realized the error of his ways and is more than willing atone for his deeds. With the support of family and friends Alvin will not only just overcome this chapter in his life, but exceed all expectation and stipulations that the courts may impose. to become the once again the man he was raised to be, the son he was born to be, the father he chose to be, a productive citizen he was taught to be and the man of God he was created to be.

Sincerely: Terrence Isom

mother cared for their family. His father was not in his life, he knew him. His mother was not very active in his life. She later in years became ill.

Alvin always had a smile that seemed to connect with people and he would start a conversation.

In all the years as our family member, he was with us evenings and week-ends. Alvin was very helpful to us in the business. He was always respectable and courteous to our customers.

Alvin's character with our family and friends that knows him out weighs the situation he was in with people we never knew.

Hopefully, this letter will indicate the truth of Alvin as a person.

If there are any questions, please feel free to contact me at 786 319-1476.

Sincerely,

Annie Michy
18611 S.W. 44 St
Miramar, F1A 33029